

SOUTH UNION TOWNSHIP, As Political Subdivisions; and Robert Schiffbauer, Thomas Frankhouser, Rock Coville, in Their Individual Capacities as Taxpayers; Township of Derry, Intervenor; Pennsylvania Waste Industries Association, Intervenor,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL PROTECTION, and Kathleen A. McGinty, Secretary,

Appeal of Township of
Derry, Intervenor,

South Union Township, As Political Subdivisions; and Robert Schiffbauer, Thomas Frankhouser, Rock Coville, in Their Individual Capacities as Taxpayers, Appellants,

v.

Commonwealth of Pennsylvania, Department of Environmental Protection, and Kathleen A. McGinty, Secretary, Appellees,

Township of Derry and Pennsylvania Waste Industries Association, Intervenors.

Supreme Court of Pennsylvania.

July 22, 2004.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of July, 2004, the order of the Commonwealth Court is AFFIRMED.

COMMONWEALTH of Pennsylvania,
Appellant,

v.

Robert G. DAVIS, Appellee.

Supreme Court of Pennsylvania.

Submitted Jan. 13, 2004.
Decided July 22, 2004.

Donald R. Totaro, Esq., Janna Rae Steinruck, James Jude Karl, Esq., for the Commonwealth of Pennsylvania.

Samuel Encarnacion, Esq., Lancaster, for Robert G. Davis.

BEFORE: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR and BAER, JJ.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of July, 2004, the order of the Lancaster County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case

is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

Justice EAKIN did not participate in the consideration or decision of this case.

## COMMONWEALTH of Pennsylvania, Appellant

v.

## Joseph C. GENSEMER, Appellee.

Supreme Court of Pennsylvania.

Submitted Jan. 13, 2004.

Decided July 22, 2004.

Janna Rae Steinruck, Wilmington, OH, for Com.

Herbert P. Henderson, Elizabethtown, for Joseph C. Gensemer.

Before: CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, BAER, JJ.

### *ORDER*

PER CURIAM:

**AND NOW,** this 22nd day of July, 2004, the order of the Lancaster County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Of-

fenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

Justice EAKIN did not participate in the consideration or decision of this case.

## COMMONWEALTH of Pennsylvania, Appellant

v.

## Shane Antoine THOMAS, Appellee.

Supreme Court of Pennsylvania.

Submitted Jan. 13, 2004.

Decided July 22, 2004.

Janna Rae Steinruck, Wilmington, OH, for Com.

David L. Blanck, Lancaster, James Jude Karl, for Shane Antoine Thomas.

Before: CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, BAER, JJ.

### *ORDER*

PER CURIAM:

**AND NOW,** this 22nd day of July, 2004, the order of the Lancaster County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Of-